UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA KATHLEEN YATES,<br><br>Plaintiff,<br><br>v.<br><br>THE MONEY SOURCE, INC., et al.,<br><br>Defendants. | Case No.  1:23-cv-00155-JLT-EPG<br><br>ORDER DENYING NOTICE REGARDING *PRO SE* STATUS<br><br>(ECF No. 12) |

Plaintiff is proceeding *pro se* in this action filed as a quiet title action. (*See* ECF No. 1). This matter is before the Court on Plaintiff's notice, which appears to request that the Clerk change Plaintiff's designation on the docket from "*pro se*" to "*in propria persona*." (ECF No. 12). The Court already denied a nearly identical request on February 6, 2023, noting that Plaintiff offered no clear argument for this request and appeared to be advocating a frivolous sovereign citizen ideology. (ECF No. 8).

Plaintiff's notice states that Plaintiff does not advocate any sovereign citizen ideology and repeats Plaintiff's arguments from the earlier request, among other things, citing the Uniform Commercial Code and stating that "a court is a privately owned trading company operating as a bank to settle controversies." (ECF No. 12, p. 8) (alterations made for readability). Regardless of whether Plaintiff is an adherent to any sovereign citizen ideology, Plaintiff has offered no coherent argument to change Plaintiff's *pro se* designation on the docket.

1

Importantly, the terms "*pro se*" and "*in propria persona*" are synonyms and simply mean that a person is proceeding without a lawyer. PRO SE, Black's Law Dictionary (11th ed. 2019) (defining "*pro se*" as follows: "For oneself; on one's own behalf; without a lawyer <the defendant proceeded pro se> <a pro se defendant>. — Also termed *pro persona*; *in propria persona*; *propria persona*; *pro per*. See PROPRIA PERSONA."). Likewise, under the Court's Local Rules, "Pro Se Action" is defined as "an action in which all the plaintiffs or all the defendants are proceeding in propria persona. In these Rules, 'pro se' and 'in propria persona' are used interchangeably." LR 101. Further, designating a plaintiff as proceeding *pro se* on the docket helps the Court and the parties to remember that a party is proceeding *pro se*—notably, there are special rules applying to *pro se* parties. *See* LR 183. In short, the Court sees no basis why Plaintiff, who is proceeding without counsel, should not be designated as a *pro se* party on the docket.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's notice (ECF No. 12) is denied.
2. Any future requests simply repeating Plaintiff's rejected arguments to change Plaintiff's *pro se* designation on the docket will be summarily denied.

IT IS SO ORDERED.

Dated:  **February 27, 2023**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE